**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 66 EAL 2015
:
                Respondent    :
    : Petition for Allowance of Appeal from the
    : Order of the Superior Court
          v.           :
:
:
:
CHRISTOPHER MANIGAULT,    :
:
            Petitioner    :


## ORDER


**PER CURIAM**

      **AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.